### JAMES MARTIN *versus* LORENZO PRATT.

PAPERS IN FILE (1835–37): (1) Affidavit and petition for certiorari, allocatur; (2) bond for certiorari; (3) writ of certiorari and copy of affidavit; (4) return to certiorari; (5) writ of fi. fa. and return.

*1824–36 Calendar*, MS p. 254 [a].